IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION
CASE NO. 1:18-cv-01258-WTL-TAB

ADAM ROSS,

    Plaintiff,

v.

BALL STATE UNIVERSITY,

    Defendant.

> Motion granted to the extent the April 11, 2019, settlement conference is vacated. However, moving the dispositive motions deadline as requested would necessitate moving the trial date. Accordingly, that portion of the motion is denied. Any renewed motion to continue the dispositive motions deadline shall include a request to continue the trial date. The parties shall confer on these issues and jointly contact the Magistrate Judge's staff within 30 days to select a new date for a settlement conference.
>
> Tim A. Baker
> U.S. Magistrate Judge
> March 21, 2019

## JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE AND EXTEND DISPOSITIVE MOTIONS DEADLINE

Come now the parties, by counsel, and jointly move to continue the Settlement Conference and to extend the dispositive motions deadline. In support of said Motion, the parties state:

1. The Settlement Conference in this matter is scheduled on April 11, 2019.

2. The dispositive motions deadline in this matter is April 25, 2019.

3. On February 28, 2019 counsel for Defendant sent to counsel for the Plaintiff the Defendant's discovery responses which total approximately 7,000 pages of documents.

4. Counsel for Plaintiff has indicated that due to the press of other business he will not have an opportunity to begin to review the discovery responses for approximately one week.

5. Both sides have depositions they wish to schedule but until the discovery review is completed all persons to be deposed cannot be identified. The parties will not be able to complete dispositive motions until the depositions have been taken, and will not be in the best position to evaluate settlement until this phase of discovery is complete..

6. The parties believe that it would be in the best interests of the Court and the parties if the settlement conference on April 11, 2019 was continued for at least thirty (30) days

and the dispositive motions deadline extended at least thirty (30) days after the settlement conference.

      7.      This Motion is not made to unduly delay these proceedings.

WHEREFORE, the parties pray the Court for an Order granting this Motion and for any and all other relief just and proper in the premises.

HOCKER & ASSOCIATES LLC

BY/s/  Brett Errol Osborne
Brett Errol Osborne #17492-45
6626 E. 75th St.
Suite 410
Indianapolis, IN 46250
Ph. (317) 578-1630 Ext. 30
Fax (866) 626-4914
E-mail: Bosborne@hockerlaw.com
ATTORNEYS FOR PLAINTIFF

DEFUR VORAN LLP

BY/s/   Scott E. Shockley
Scott E. Shockley #2153-18
Maura J. Hoff #25475-49-A
400 S. Walnut Street Suite 200
Muncie, IN 47305
Telephone: 765-288-3651
Facsimile: 765-288-7068
E-mail: sshockley@defur.com
E-mail: mhoff@defur.com
ATTORNEYS FOR DEFENDANT