IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ADAM ROSS,
        Plaintiff,                      CASE NO. 1:18-cv-01258-JRS-TAB

v.

BALL STATE UNIVERSITY,
        Defendant.

### MOTION TO EXTEND DISPOSITIVE MOTIONS DEADLINE AND CONTINUE TRIAL DATE

Comes now the Defendant, by counsel, and moves to extend the dispositive motions deadline and continue the trial date. In support of said Motion, Defendant states:

1. The dispositive motions deadline in this matter is April 25, 2019.

2. The Final Pre-Trial Conference is scheduled for November 26, 2019 and the Jury Trial is scheduled for December 16, 2019.

3. Discovery is not complete. Defendant served over 7000 pages of documents in response to Plaintiff's Requests for Production, and Plaintiff's counsel has informed defense counsel more time is needed to review those documents. Also, Plaintiff has not yet returned answers to Defendant's Interrogatories nor produced documents in response to Defendant's Requests for Production of Documents. Upon completion of the paper discovery phase, both parties have depositions they wish to take. The parties anticipate discovery will be complete by the end of June, 2019.

4. The parties anticipate a settlement conference with the Magistrate Judge in early July, 2019.

5. Defendant anticipates filing a dispositive motion in this case if settlement is unsuccessful. Due to the foregoing status of discovery, Defendant will not be in a position to

prepare the motion by the due date of April 25, 2019 and requests an extension of time to and including August 2, 2019, to file any dispositive motion.

6. If a new dispositive motions date of August 2, 2019 is set, that means briefing pursuant to L.R. 56.1 will not likely be complete until at least September 16, 2019. That leaves insufficient time between the conclusion of the briefing and the current trial date to allow the Court time to consider the motion, and for the Court and the parties to prepare and conduct the necessary pre-trial filings and proceedings

7. The Defendant believes that it would be in the best interests of justice if the dispositive motions deadline and trial date are continued. Defendant requests that the dispositive motions date be continued to August 2, 2019; and, the trial date be continued to such a date as the Court believes allows adequate time to consider any such motion and to conduct any necessary pre-trial proceedings.

8. This Motion is not made to unduly delay these proceedings.

WHEREFORE, Defendant respectfully requests the Court enter a Scheduling Order granting this Motion and reschedule the dispositive motions date and trial date as detailed herein.

DEFUR VORAN LLP

BY/s/   Scott E. Shockley
Scott E. Shockley #2153-18
Maura J. Hoff #25475-49-A
400 S. Walnut Street Suite 200
Muncie, IN 47305
Telephone: 765-288-3651
Facsimile: 765-288-7068
E-mail: sshockley@defur.com
E-mail: mhoff@defur.com
ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing document was served on the 4th day of April, 2019 to the following counsel of record by the Court's electronic filing system:

Brett Errol Osborne
HOCKER & ASSOCIATES LLC
6626 E. 75th St.
Suite 410
Indianapolis, IN 46250

                                                   /s/  Scott E. Shockley
                                                   Scott E. Shockley