IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ADAM ROSS,
        Plaintiff,                              CASE NO. 1:18-cv-01258-JRS-TAB

v.

BALL STATE UNIVERSITY,
        Defendant.

**<u>ORDER</u>**

    The Defendant, by counsel, having filed its Motion to Extend the Dispositive Motions Deadline and to Continue the Trial Date, and the Court being duly advised in the premises, finds that said Motion should be granted.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the dispositive motions deadline is extended to August 2, 2019.

    IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that the November 26, 2019, Final Pre-Trial Conference in this matter is rescheduled to April 2, 2020 at 9:00 a.m. in Room 246, U.S. Courthouse, 46 E. Ohio Street, Indianapolis, IN; and the December 16, 2019, Jury Trial is rescheduled to April 20, 2020 at 9:00 a.m. n Room 246, U.S. Courthouse, 46 E. Ohio Street, Indianapolis, IN.

    SO ORDERED.

Date: 4/12/2019

                                                   JAMES R. SWEENEY II, JUDGE
                                                     United States District Court
                                                     Southern District of Indiana

*Service will be made electronically on all
ECF-registered counsel of record via email
generated by the court's ECF system*