IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ADAM ROSS,
        Plaintiff,                            CASE NO. 1:18-cv-01258-JRS-TAB

v.

BALL STATE UNIVERSITY,
        Defendant.

## ORDER

The parties, by counsel, having filed their Joint Motion to Extend Dispositive Motions Deadline, and the Court being duly advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the dispositive motions deadline is extended to the 23rd day of August, 2019.

SO ORDERED.

Date: 7/24/2019

                                              JAMES R. SWEENEY II, JUDGE
                                              United States District Court
                                              Southern District of Indiana

*Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system*