IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ADAM ROSS,
               Plaintiff,                     CASE NO. 1:18-cv-01258-JRS-TAB

v.

BALL STATE UNIVERSITY,
               Defendant.

## **ORDER**

The Plaintiff, Adam Ross, by counsel, filed an Unopposed Motion for Extension of Time to Respond to Defendant's Motion for  Summary Judgment and the court being duly advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the Plaintiff's response is extended to October 14, 2019.

SO ORDERED.

Date: 9/19/2019

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

All parties notified via the
ECF system on all EFF registered counsel of record.

1