IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ADAM ROSS,
        Plaintiff,                          CASE NO. 1:18-cv-01258-JRS-TAB

v.

BALL STATE UNIVERSITY,
        Defendant.

## ORDER

Ball State University, by counsel, having filed its Motion for Leave to Amend Brief by Interlineation or, Alternatively, to file a corrected Brief, and the Court being duly advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that Defendant is granted leave to amend its Memorandum Brief by interlineation by striking the following sentence from pp. 25-26 of its Brief in Support of Motion for Summary Judgment (Dkt. 39): "Although with regard to some federal statutes such as Title VII of the Civil Rights Act of 1964, Congress has specifically abrogated Eleventh Amendment Immunity, it has not done so with regard to claims brought pursuant to Title IX".

The sentence is ORDERED stricken from Defendant's Memorandum Brief.

SO ORDERED.

Date: 11/3/2019

                                              JAMES R. SWEENEY II, JUDGE
                                              United States District Court
                                              Southern District of Indiana

*Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.*